# HEARING MINUTES

Cause No:       4:19-cv-01309

Style:          Blanton v. Walker Engineering, Inc.

Hearing Type:   Motion Hearing

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Daniel Raymond Dutko | Plaintiff Charles Blanton |
| Merritt B. Chastain, III | Defendant Walker Engineering, Inc. |

Date: August 19, 2020          Court Reporter: M. Malone
Time: 11:57 A.M.–12:13 P.M.    Law Clerk: B. Zubay

At the hearing, the following rulings were made as stated on the record:

Defendant Walker Engineering, Inc.'s Motion for Summary Judgment (Dkt. 15) is **GRANTED IN PART AND DENIED IN PART** as stated on the record.

The Court will separately enter an order referring this action to Judge Andrew M. Edison.